UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

DALE PENNINGTON,

                       Plaintiff,

-against-

PIERO D'IPPOLITO and CICINELLI &
D'IPPOLITO, CPA'S, P.C.,

                       Defendants.
-----------------------------------------------------------X

18 CIVIL 5799 (CS)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/2/19

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated December 2, 2019, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
         December 2, 2019

                                                 **RUBY J. KRAJICK**
                                                  Clerk of Court

                              BY:
                                                  **Deputy Clerk**